UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RONALD NUNEZ, an individual

       Plaintiff,

v.                             Case No:  2:15-cv-768-FtM-29CM

RICH DAD EDUCATION, INC.,

       Defendant.

_____

## ORDER

This matter comes before the Court upon review of Joint Motion to Extend Deadlines in Case Management and Scheduling Order and to Change Mediator Selection (Doc. 16) filed on January 20, 2017.

On December 9, 2015, Plaintiff filed this action against his former employer, Rich Dad Education, Inc. ("Defendant"), alleging six causes of action under the Family and Medical Leave Act, the Americans with Disabilities Act, and the Florida Civil Rights Act.  Doc. 1.  On March 21, 2016, the Court entered a Case Management and Scheduling Order ("CMSO") setting forth various case deadlines. Doc. 25.  Currently, the parties' discovery deadline is March 31, 2017 and their mediation deadline is April 19, 2017.  *Id.* at 1.

On September 28, 2016, Plaintiff's wife, Gwyndolyn Nunez, filed a separate action against Defendant in the Middle District of Florida, Fort Myers Division, in the case styled *Nunez v. Rich Dad Education, Inc. et al*, Case No. 2:16-cv-00736-UA-MRM.  *Id.* at 2.  Plaintiff and his wife are represented by the same counsel in both

cases, and Defendant is represented by the same counsel in both cases. *Id.* The court in Ms. Nunez's case recently entered a CMSO providing the parties there until October 19, 2017 to complete mediation. *Id.* Plaintiff and Defendant believe that the possibility of reaching settlement would be increased by mediating the instant case and Ms. Nunez's case concurrently, so as to save attorneys' fees and costs and allow for joint consideration of various issues affecting Plaintiff, Ms. Nunez, and Defendant. *Id.* at 2. To accomplish this, the parties seek to extend the case deadlines by sixty days so as to permit Ms. Nunez to engage in written discovery before mediation.[1] *Id.* The parties also seek permission to mediate this matter concurrently with Ms. Nunez's case, and to change their mediator selection from James Nulman to Denise Wheeler. *Id.* Based on the parties' representations, the Court finds good cause to grant the motion.

ACCORDINGLY, it is hereby

**ORDERED:**

Joint Motion to Extend Deadlines in Case Management and Scheduling Order and to Change Mediator Selection (Doc. 16) is **GRANTED**. An amended case management and scheduling order will be filed under separate cover.

---

[1] The Court notes that the parties have filed a Notice of Mediation, advising that mediation is scheduled on February 7, 2017 before Denise Wheeler, Esq.

**DONE** and **ORDERED** in Fort Myers, Florida on this 1st day of February, 2017.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record